IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN D. BREWER a/k/a MICHAEL GREEN,<br><br>        Plaintiff,<br><br>  v.<br><br>YOSSI GROSSBAUM, et al.,<br><br>        Defendants. | No. C-12-1349 TEH (PR)<br><br>ORDER VACATING ORDER OF SERVICE AND GRANT OF <u>IN FORMA PAUPERIS</u> STATUS; AND TRANSFERRING CASE |

Plaintiff has filed a <u>pro se</u> civil rights action under 42 U.S.C. § 1983, alleging that prison officials at Mule Creek State Prison in Ione, California, have refused to provide him with a diet that accommodates his religious beliefs in violation of his constitutional rights. Doc. #1 at 3. A substantial part of the events or omissions giving rise to the claim(s) occurred in Amador County, which lies within the venue of the Eastern District of California. <u>See</u> 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. <u>See</u> <u>id.</u> § 1391(b)(2).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a) IT IS ORDERED that this action be TRANSFERRED to the United States District Court for the Eastern District of California. The Order of Service (Doc. #9) and Order Granting <u>In Forma Pauperis</u> Status (Doc. #8) are both VACATED.

The Clerk shall transfer this matter, terminate all pending motions as moot and close the file.

IT IS SO ORDERED.

DATED  *06/06/2012*

**THELTON E. HENDERSON**
**United States District Judge**

G:\PRO-SE\TEH\CR.12\Brewer-12-1349-vacate and transfer.wpd

2