IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN D. BREWER a/k/a MICHAEL GREEN,

        Plaintiff,

   v.

YOSSI GROSSBAUM, et al.,

        Defendants.

No. C-12-1349 TEH (PR)

ORDER VACATING ORDER OF SERVICE AND GRANT OF IN FORMA PAUPERIS STATUS; AND TRANSFERRING CASE

      Plaintiff has filed a pro se civil rights action under 42 U.S.C. § 1983, alleging that prison officials at Mule Creek State Prison in Ione, California, have refused to provide him with a diet that accommodates his religious beliefs in violation of his constitutional rights. Doc. #1 at 3. A substantial part of the events or omissions giving rise to the claim(s) occurred in Amador County, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b)(2).

1    Accordingly, in the interest of justice and pursuant to 28
2 U.S.C. § 1406(a) IT IS ORDERED that this action be TRANSFERRED to
3 the United States District Court for the Eastern District of
4 California.  The Order of Service (Doc. #9) and Order Granting <u>In
5 Forma Pauperis</u> Status (Doc. #8) are both VACATED.
6    The Clerk shall transfer this matter, terminate all
7 pending motions as moot and close the file.
8    IT IS SO ORDERED.

11 DATED   *06/06/2012*

        **THELTON E. HENDERSON**
        **United States District Judge**

17 G:\PRO-SE\TEH\CR.12\Brewer-12-1349-vacate and transfer.wpd

**2**